# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801

TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

March 1, 2021

**The application is GRANTED. The initial conference is hereby adjourned to April 15, 2021, at 10:30 A.M. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. The materials for the initial conference, as outlined in the Order at Dkt. No. 6, shall be filed by April 8, 2021.**

**SO ORDERED.          Dated: March 1, 2021          New York, New York**

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**RE:**   *Hyundai Marine & Fire Insurance Co., Ltd. v.*
   *Mediterranean Shipping Company S.A. (MSC)*
   **21 Civ. 457 (LGS)**
   **(NHS File No. 0-1448 VW)**

Dear Judge Schofield:

      We represent the plaintiff in the above referenced actions. We write to request a 30-day adjournment of the initial court conference currently scheduled in the above referenced matter for March 11, 2021 at 10:30 a.m.

      The reason for the requested adjournment is that defendant Mediterranean Shipping Company S.A. ("MSC") has not yet appeared in this action or advised the undersigned that counsel will be appearing on its behalf as of this date. On February 11, 2021, we sent a copy of the Summons, Verified Complaint and January 26, 2021 Order with a Notice of Lawsuit and Request to Waive Service of Summons by regular mail and email to MSC's New York office (copy attached). We have not yet received a response on behalf of MSC as of today's date. Accordingly, we forwarded a copy of the Summons and Complaint to a process server to effectuate personal service on MSC as soon as possible. We would expect personal service to be completed this week.

      This is the first request for an adjournment of a conference in this matter.

      We thank the Court for its time and attention to this matter. Please do not hesitate to contact the undersigned with any questions or comments.

          Respectfully submitted,

          NICOLETTI HORNIG & SWEENEY

By:          _____

          Val Wamser

**CC:**

**All Counsel of Record via ECF**

T:\vw\0-1448.Letter to Judge Schofield re request to adjourn initial conference.3.1.21.docx