# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801

TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

April 6, 2021

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *Hyundai Marine & Fire Insurance Co., Ltd. v. Mediterranean Shipping Company S.A. (MSC)*
**21 Civ. 457 (LGS)**
**(NHS File No. 0-1448 VW)**

> The application is **GRANTED in part**. The initial conference scheduled for April 15, 2021, is hereby adjourned to **April 29, 2021, at 10:30 A.M.** The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. By **April 22, 2021**, the parties shall file their joint letter and proposed case management plan.
>
> SO ORDERED.   Dated: April 7, 2021   New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

We represent the plaintiff in the above referenced actions. We write to request a 30-day adjournment of the initial court conference currently scheduled in the above referenced matter for April 15, 2021 at 10:30 a.m.

The reason for the requested adjournment is that defendant Mediterranean Shipping Company S.A. ("MSC") has not yet appeared in this action. On February 11, 2021, we sent a copy of the Summons, Verified Complaint and January 26, 2021 Order with a Notice of Lawsuit and Request to Waive Service of Summons by regular mail and email to MSC's New York office. On or about March 2, 2021, we received via regular mail a signed Waiver of Service on behalf of MSC which was e-filed on March 4, 2021 [ECF Doc. 9]. MSC currently has until April 12, 2021 to serve and file a response to the Verified Complaint. As of this date, we have not yet heard from any counsel retained by MSC, and therefore have been unable to confer with opposing counsel and prepare the proposed joint scheduling order in advance of the initial conference.

This is the second request for an adjournment of a conference in this matter.

We thank the Court for its time and attention to this matter. Please do not hesitate to contact the undersigned with any questions or comments.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: _____

Val Wamser

**CC:**

**All Counsel of Record via ECF**

T:\vw\0-1448.Letter to Judge Schofield re request to adjourn initial conference.4.5.21.docx