UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HYUNDAI MARINE & FIRE INSURANCE :
CO., Ltd., :
                                  Plaintiff, :        21 Civ. 457 (LGS)
                                                 :
                    -against-                   :          ORDER
                                                 :
MEDITERRANEAN SHIPPING COMPANY :
S.A. (MSC), :
                                  Defendant.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for April 29, 2021;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan ("CMP") (Dkt. 14); it is hereby

      **ORDERED** that the April 29, 2021, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The CMP will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED** that, if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

      **ORDERED** that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge, they shall file a joint letter on ECF requesting a referral.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances, and that the use of any alternative dispute

resolution mechanism does not stay or modify any date in the CMP.

Dated: April 23, 2021
      New York, New York

                                      LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE